**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GAVIN A. IRBY, et al | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AW-08-3465 |
| WALDORF FORD, INC., | * | |
| Defendant. | ******** | |

**ORDER**

Currently pending and ripe for review is Defendant Waldorf Ford, Inc.'s Motion to Stay Pending Binding Arbitration. (Paper No. 5) The motion has been fully briefed and the Court held a telephonic hearing on the motion on July 21, 2009. *See* Local Rule 105.6 (D. Md. 2008) For the following reasons and the reasons stated on the record, the Court will grant Defendant's Motion to Stay. The Court finds that all of the documents signed by the parties, on both November 20, 2008 and November 28, 2008, together, express the parties intent. Federal policy favors arbitration, and the burden is on the Plaintiffs to show that the agreement to arbitrate should not be enforced. *American Recovery Corp. v. Computerized Thermal Imaging, Inc.*, 96 F.3d 88, 92 (4th Cir. 1996). The Plaintiffs have not persuaded the Court that a valid arbitration agreement does not exist, nor have they convinced the Court that enforcement of the arbitration agreement would prevent them from effectively vindicating their claims.

Accordingly, IT IS **this 21st day of July, 2009,** by the United States District Court of the District of Maryland hereby ORDERED,

    1.    That Defendant's Motion to Stay Pending Binding Arbitration (Paper No. 5) BE and the Same hereby IS **granted**;

2.  That the Clerk of the Court **administratively close** this case; and

3.  That the Clerk of the Court transmit a copy of this Order to all counsel of record.

/s/

Alexander Williams, Jr.
United States District Court Judge
